# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00851-CV

**K. B., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

---

**FROM COUNTY COURT AT LAW NO. 1 OF WILLIAMSON COUNTY**
**NO. 18-0120-CPSC1, THE HONORABLE BRANDY HALLFORD, JUDGE PRESIDING**

---

## O R D E R

**PER CURIAM**

Appellant K. B. filed his notice of appeal on November 21, 2019. The appellate record was complete December 20, 2019, making appellant's brief due January 9, 2020. On January 9, 2020, counsel for appellant filed a motion for extension of time to file appellant's brief.

The rules of judicial administration accelerate the final disposition of appeals from suits for termination of parental rights. *See* Tex. R. Jud. Admin. 6.2(a) (providing 180 days for court's final disposition). The accelerated schedule constrains this Court's leeway in granting extensions. In this instance, we will grant the motion and order counsel to file appellant's brief no later than January 29, 2020. If the brief is not filed by that date, counsel may be required to show cause why he should not be held in contempt of court.

It is ordered on January 14, 2020.

Before Chief Justice Rose, Justices Baker and Triana